Caroline E. Oks, Esq.
Ryan P. Goodwin, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
*Attorneys for Defendants Cigna Health*
*and Life Insurance Co., incorrectly*
*named as Cigna*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GPS OF NEW JERSEY, MDPC,<br><br>            Plaintiff,<br><br>   v.<br><br>CIGNA,<br><br>            Defendant. | Civil Action No. 2:23-cv-04162-JXN-CLW<br><br>*Document electronically filed*<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

All claims in the above matter having been amicably resolved by and between Plaintiff and Cigna Health and Life Insurance Company, improperly named in the Complaint as Cigna ("Cigna"), and Plaintiff and Cigna having consented to this dismissal of the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41; and good cause appearing;

**IT IS STIPULATED** pursuant to Federal Rule of Civil Procedure 41 that the Complaint in this matter against Defendant Cigna Health and Life Insurance Company is hereby dismissed in its entirety, with prejudice, and without cost or fees to any Party.

STIPULATED AND AGREED TO BY:

**Gottlieb and Greenspan, LLC**
169 Ramapo Valley Road, Suite ML3
Oakland, New Jersey 07436
(845) 659-2981

s/
Michael Gottlieb, Esq.
*Attorneys for Plaintiff GPS of New Jersey, MDPC*

Dated: April 5, 2024

**Gibbons P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

s/ Ryan Goodwin
Ryan P. Goodwin, Esq.
*Attorneys for Defendant Cigna Health and Life Insurance Co., incorrectly named as Cigna*

Dated: April 3, 2024

SO ORDERED:

JULIEN XAVIER NEALS
United States District Judge

Dated: 4/24 , 2024